UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

ROSNY ETIENNE,

    Plaintiff,

vs.

WAL-MART STORES EAST, LP,

    Defendant.

_____/

## COMPLAINT

COMES NOW, Plaintiff, ROSNY ETIENNE, by and through her undersigned counsel, and sues the Defendant, WAL-MART STORES EAST, LP, and alleges as follows:

## INTRODUCTION

1. This is a proceeding for damages to redress the deprivation of rights secured to the Plaintiff by

## JURISDICTION AND VENUE

2. The Court has jurisdiction over their controversy based upon the FMLA, and venue is proper as all acts described herein occurred within this judicial district.

## PARTIES

3. At all times material hereto, the Plaintiff was/is a citizen of the United States, sui juris, and an employee of the Defendant.

4. At all times material hereto, the Plaintiff was an employee and member of a protected class within the meaning of the FMLA.

1

5. At all times material hereto, Defendant was a Florida Corporation doing business and services in this judicial district, was the employer or former employer of the Plaintiff, and is an employer as defined by the FMLA.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

6. The Plaintiff has exhausted and fulfilled all conditions precedent to the institution of this action.

## STATEMENT OF FACTS

7. The Plaintiff was an employee for the Defendant since October of 2014.

8. On January 7, 2021, Plaintiff went in for his shift and mentioned to his manager that he was not feeling well due to his asthma, a condition that it was known he suffered from.

9. Plaintiff was released from work on this date and went straight to the ER, where he was admitted for three days.

10. This is a qualifying leave pursuant to 29 C.F.R. Sec. 825.113(b).

11. Plaintiff timely notified his manager that he was being admitted, however the Defendant made no attempt to provide Plaintiff with the necessary FMLA paperwork.

12. Plaintiff was medicated the following day, January 8, 2021, and did not contact the Defendant given his medical state.

13. Plaintiff was released the following day, January 9, 2021, and returned to work for his 10 pm shift.

14. Around 5:00 am Sunday morning, January 10, 2021, Plaintiff's manager informed him that he was terminated without reason.

## COUNT I

## FMLA RETALIATION

15. The Plaintiff incorporates by reference paragraphs 1-14 herein.

16. At all times material to this lawsuit, the Plaintiff was entitled to leave under the FMLA.

17. As a result of this exercise of the FMLA, the Defendant intentionally, willfully and unlawfully retaliated against the Plaintiff, in violation of the FMLA.

18. That the Defendant's decision to adversely affect the Plaintiff was both connected to, and in response to the Plaintiff's FMLA coverage.

19. As a direct and proximate result of the Defendant's unlawful treatment, the Plaintiff has suffered damages and will continue to suffer irreparable injury and damages in the future, under the FMLA.

20. The Plaintiff is entitled to an award of reasonable attorney's fees, expert fees, costs and expenses related to this litigation under the FMLA.

WHEREFORE, the Plaintiff, ROSNY ETIENNE, requests that judgment be entered against the Defendant, WAL-MART STORES EAST, LP, for all damages recoverable under the FMLA, in addition to all litigation expenses and costs, including attorneys' fees and any other lawful and equitable relief this Court deems to be just and proper.

## DEMAND FOR JURY TRIAL

The Plaintiff demands a jury trial.

Dated: _____.        Respectfully submitted,

                                         Law Offices of Levy & Levy, P.A.
                                         1000 Sawgrass Corporate Parkway
                                         Suite 588
                                         Sunrise, Florida  33323
                                         Telephone: (954) 763-5722
                                         Facsimile: (954) 763-5723
                                         Email: david@levylevylaw.com
                                         Service Email: assistant@levylevylaw.com
                                         *Counsel for Plaintiff*

                                         _____
                                         DAVID M. COZAD, ESQ.
                                         F.B.N.: 333920